838 F.2d 464
 Vulcan Pioneers, Inc., Thomas (William), Head (Joseph), Lige
(Charles), Smith (Ernest), Josephs (Benjamin),
Heath (Ronald)
v.
New Jersey Department of Civil Service, Shaw (Ralph P.),
N.J. Civil Serv. Commission, Woodson (S. Howard), DeLuca
(Thomas), Holden, (John), Rodriquez (Matthias), Walter
(Charles), City of Newark, N.J., A Municipal Corp.,
Caulfield (John P.), Washington (Jeffrey), Davis
(Cleveland), Bores (Alan), McMahon (Martin K.), Camp
(Roscoe), McLintock (Robert),
 NO. 87-5183
 United States Court of Appeals,
Third Circuit.
 DEC 10, 1987
 
 1
 Appeal From: D.N.J.
 
 
 2
 VACATED AND REMANDED.